IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KEVIN BINGER                                         PLAINTIFF

V.                                                CAUSE NO.: 1:13CV150-SA-DAS

ANDERSON ENTERPRISES, d/b/a
MCDONALD'S                                     DEFENDANTS

ORDER ON SUMMARY JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment [42] is GRANTED IN PART and DENIED IN PART.

SO ORDERED, this the 4th day of February, 2015.

                                                  **/s/ Sharion Aycock**
                                                  **U.S. DISTRICT JUDGE**